IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL K. MAESTAS,**

    **Plaintiff,**

**v.**                                                                                                           No. 17-cv-1248 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security,**

    **Defendant.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint on December 20, 2017. [Doc. 1]. The Court granted his motion to proceed *in forma pauperis* on December 22, 2017. [Doc. 5]. At that time, Plaintiff was required to prepare the standard summons and email it to the Clerk of Court to be issued. *See* CM/ECF Administrative Procedures Manual § 9(e). Despite a courtesy call to counsel's office more than five months ago, on December 26, 2017, no summons has been received by the Clerk, and Plaintiff has taken no action on the record to prosecute his claims.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff show cause **no later than July 12, 2018**, why his Complaint should not be dismissed for lack of prosecution. *See* D.N.M.LR-Civ. 41.1 ("A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward.").

**IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**